1:22 MJ 4145

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Myrick Dennis, with the Cleveland Field Office of the United States Postal Inspection Service (USPIS), having first been duly sworn according to law, hereby depose and say:

1.      As a United States Postal Inspector, I am an investigative law enforcement officer of the United States of America within the meaning of Title 18, United States Code, Section 2510(7). I am empowered by law to conduct investigations of, and to make arrests for, offenses related to the U.S. Postal Service (USPS) and the mails, as authorized by Title 18, United States Code, Section 3061.

2.      I have been employed by the USPIS for nearly 8 years and assigned to the Cleveland Field Office for each of those 8 years. During this time, I have been assigned to the Contraband Interdiction and Investigations team, which investigates the mailing of illegal drugs and their proceeds. Since 2020, I have been assigned as a Task Force Agent with the Drug Enforcement Administration (DEA) Cleveland District Office. I have been the case agent in multiple investigations leading to convictions in both U.S. District Court and state courts.

3.      I have received training in the detection and investigation of prohibited mailing offenses during a residential Basic Inspector Training program in Potomac, Maryland. I have also received training in financial investigations as they relate to drug trafficking organizations, money laundering, and asset forfeiture. I have received field training and participated in many aspects of USPIS drug investigations, including but not limited to, parcel interdiction, surveillance, controlled deliveries, execution of search warrants, interview and interrogation, confidential source/cooperating witness debriefing, and interception and analysis of electronic communications. I have written and executed search warrants that have resulted in the seizure of illegal drugs and evidence of drug violations. I am familiar with drug traffickers' methods of

operation, especially as they relate to the Postal Service, including the storage, transportation, and distribution of drugs, the transfer and collection of money which represents the proceeds of drug trafficking, and money laundering.

4.      This affidavit is submitted in support of a criminal complaint against Derrean Keith WALL (WALL).

5.      Because this affidavit is submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation. I have set forth only the facts I believe are necessary to establish probable cause that WALL has committed violations of Title 18, United States Code, Sections 922(g)(1) and (g)(3), felon and unlawful controlled substance user in possession of a firearm, and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846, that is conspiracy to distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and conspiracy to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

<u>FACTS AND CIRCUMSTANCES REGARDING PROBABLE CAUSE</u>

6.      Since February 2022, investigators from DEA, USPIS, the Cleveland Heights Police Department, the Cleveland Metroparks Police Department, and the Summit County Drug Unit have been investigating the drug trafficking activities of Derrean Keith WALL, Derronta Jabrile GORDON, and others known and unknown.

7.      On April 27, 2022, the Honorable Jonathan D. Greenberg, U.S. Magistrate Judge for the Northern District of Ohio, authorized federal search warrants (1:22 MJ 4132 and 1:22 MJ 4133) for the following two locations:

a. 4878 Banbury Court #15, Warrensville Heights, Ohio 44128 (hereinafter "Banbury Residence")

b. 8010 Bellevue Avenue, Cleveland, Ohio 44103 (hereinafter "Bellevue Residence")

8.     On May 4, 2022, investigators from the above agencies and departments executed the search warrants on the Banbury Residence and Bellevue Residence. Located inside the Banbury Residence were WALL and two other individuals. Investigators seized the following selected evidence from the Banbury Residence:

a. One Glock Model 17 9mm pistol loaded with 10 rounds in the magazine and one round in the chamber, seized from living/dining room under couch;

b. One American Tactical .223 rifle loaded with 25 rounds in the magazine, seized from living/dining room coffee table;

c. Approximately 25 grams (gross total weight) white crystalline substance that field tested positive for methamphetamine, seized during consent search of WALL's gray BMW X3 bearing Ohio license plate JJU3766 parked outside.

9.     Located inside the Bellevue Residence was GORDON. Investigators seized the following selected evidence from the Bellevue Residence:

a. One Glock Model 23 .40 S&W pistol loaded with 12 rounds in the magazine and one in the chamber, seized from upstairs living room on floor next to couch;

b. Approximately 273 grams (gross total weight) of a black tarry substance that field tested positive for heroin, seized from the upstairs kitchen freezer;

c. Approximately 150 grams (gross total weight) of a brown powdery substance that field tested positive for heroin, seized from the upstairs kitchen cabinet.

10.     After being Mirandized, WALL admitted to being a user of heroin and Percocet, and stated that the drugs seized from the Bellevue Residence were his. WALL also stated the American Tactical .223 rifle seized from the Banbury Residence was his. According to Cuyahoga County Court of Common Pleas records, WALL was convicted on July 24, 2019, of violating Ohio Revised Code Section 2913.51, receiving stolen property, a fourth-degree felony which is punishable by up to 18 months in prison.

11.     Based upon the information contained in this affidavit, I submit there is probable cause to believe that on or about May 4, 2022, in the Northern District of Ohio, Derrean Keith WALL committed violations of Title 18, United States Code, Sections 922(g)(1) and (g)(3), felon and unlawful controlled substance user in possession of a firearm, and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846, that is conspiracy to distribute and possess with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and conspiracy to distribute and possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

_____
MYRICK DENNIS
U.S. POSTAL INSPECTOR

This affidavit was sworn to by the affiant by telephone after a PDF was transmitted by email, per Crim. R. 41(d)(3) on this 04th day of May 2022.

_____
JONATHAN D. GREENBERG
UNITED STATES MAGISTRATE JUDGE



4